UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SIGFREDO A. VELASQUEZ,

                Plaintiff,

    - against -

INCORPORATED VILLAGE OF FREEPORT,
FREEPORT VILLAGE POLICE DEPARTMENT,
CHIEF OF POLICE MIGUEL BERMUDEZ, in his
individual and official capacity, MAYOR ROBERT
KENNEDY, in his individual and official capacity,
POLICE BENEVOLENT ASSOCIATION
PRESIDENT SHAWN RANDALL, in his individual
and official capacity, DETECTIVE SERGEANT
DONNIE ETHIER, in his individual and official
capacity, CHIEF RAYMOND HORTON, in his
individual and official capacity, VILLAGE OF
FREEPORT TRUSTEE DEBRA MULE, in his
individual and official capacity, DEPUTY MAYOR
JORGE MARTINEZ, in his individual and official
capacity, TRUSTEE RONALD ELLERBE, in his
individual and official capacity,

                Defendants.
-----------------------------------------------------------X

**JUDGMENT**
CV 19-6129 (GRB) (AYS)

      A Minute Order of Honorable Gary R. Brown, United States District Judge, having been filed on August 300, 2023, granting summary judgment in favor of defendants, and directing the Clerk to enter judgment and close the case, it is

      **ORDERED AND ADJUDGED** that plaintiff Sigfredo A. Velasquez take nothing of defendants Incorporated Village of Freeport, Freeport Village Police Department, Chief of Police Miguel Bermudez, Mayor Robert Kennedy, Police Benevolent Association President Shawn Randall, Detective Sergeant Donnie Ethier, Chief Raymond Horton, Village of Freeport Trustee

Debra Mule, Deputy Mayor Jorge Martinez, and Trustee Ronald Ellerbe; that summary judgment is entered in favor of defendants; and that this case is closed.

Dated: September 6, 2023
      Central Islip, New York

                                            BRENNA B. MAHONEY
                                            CLERK OF COURT

                                BY:    /S/ JAMES J. TORITTO
                                              DEPUTY CLERK